IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 06-cv-01666-AP

LAURENE M. BROWN n/k/a
LAURENE M. HURLEY,

       Plaintiff,

v.

JO ANNE B. BARNHART, Commissioner of Social Security,

       Defendant.

## JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES

**1.**    **APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Alan M. Agee
512 South 8th Street
Colorado Springs, CO 80905
(719) 473-1515
Ageealanmpc@qwest.net

For Defendant:

TROY A. EID
United States Attorney
KURT J. BOHN

Assistant U.S. Attorney
DEBRA J. MEACHUM
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado 80294
(303) 844-1570
debra.meachum@ssa.gov

**2.  STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

**3.  DATES OF FILING OF RELEVANT PLEADINGS**

- A.  **Date Complaint Was Filed:** 8/23/06
- B.  **Date Complaint Was Served on U.S. Attorney's Office:** 8/28/06
- C.  **Date Answer and Administrative Record Were Filed**: 10/27/06

**4.  STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of their knowledge, both parties state that the record is complete.

**5.  STATEMENT REGARDING ADDITIONAL EVIDENCE**

Neither party intends to submit additional evidence.

**6.  STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

To the best of their knowledge, both parties state that the case raises no unusual claims or defenses.

**7.  OTHER MATTERS**

None.

**8.  PROPOSED BRIEFING SCHEDULE**
Because of workload and holiday schedules, the parties request that briefing begin more than 40 days after the filing of this Joint Case Management Plan.

- A.  **Plaintiff's Opening Brief Due:**        January 12, 2007
- B.  **Defendant's Response Brief Due:**    February 12, 2007
- C.  **Plaintiff's Reply Brief (If Any) Due:** February 27, 2007

**9.  STATEMENTS REGARDING ORAL ARGUMENT**

Plaintiff requests oral argument.
Defendant does not request oral argument.

**10.     CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

    A.     ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**
    B.     (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.     OTHER MATTERS**

Parties filing motions for extension of time or continuances must comply with D.C.COLO.LCivR 7.1(C) by submitting proof that a copy of the motion has been served upon the <u>moving attorney's client</u>, all attorneys of record, and all pro se parties.

**12.     AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

The parties agree that the Joint Case Management Plan may be altered or amended upon a showing of good cause.

DATED this 20th day of November, 2006.

                BY THE COURT:

                *S/John L. Kane*
                U.S. DISTRICT COURT JUDGE

APPROVED:

s/Alan M. Agee 11/17/06
Alan M. Agee
512 South 8th Street
Colorado Springs, CO 80905
(719) 473-1515
Ageealanmpc@qwest.net

Attorney for Plaintiff

TROY A. EID
UNITED STATES ATTORNEY

KURT J. BOHN
Assistant U.S. Attorney
kurt.bohn@usdoj.gov

s/Debra J. Meachum 11/17/06
Debra J. Meachum
Special Assistant U.S. Attorney
1961 Stout St., Suite 1001A
Denver, Colorado  80294
Telephone: (303) 844-1570
debra.meachum@ssa.gov

Attorneys for Defendant.