IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No. **06-cv-1666-AP**

**LAURENE M. BROWN, n/k/a LAURENE M. HURLEY,**

    Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

    Defendant.

## ORDER

Kane, J.

The Motion for Award of Attorney Fees Under 42 U.S.C § 406(b) (doc. #20), filed March 26, 2008, is **GRANTED**. In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, attorney fees in the amount of **$8,000.00**.

Dated at Denver, Colorado, this 4th day of April, 2007.

                                  BY THE COURT:

                                  *S/John L. Kane*
                                  JOHN L. KANE, SENIOR JUDGE
                                  UNITED STATES DISTRICT COURT